# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2023

Mr. Jesse Craig Barker
Law Office of Craig Barker, P.C.
501 Congress Avenue
Suite 150
Austin, TX 78701

  No. 21-51234  Lowe v. Gammon
          USDC No. 1:21-MC-636

Dear Counsel:

The court has requested a response to the Appellees' Petition for rehearing to be filed in this office on or before February 9, 2023.

            Sincerely,

            LYLE W. CAYCE, Clerk

            /s/ Melissa Mattingly
            By: _____
            Melissa V. Mattingly, Deputy Clerk
            504-310-7719

cc:
  Mr. Stephen W. Sather